RECEIVED
DEC 29 2023
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Plaintiff(s), AXELSON, RIAN, A

vs.

Case No. 23-cv-3913 KMM/LIB
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES ☒   NO ☐

Defendant(s). STATE OF MN

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff AXELSON, RIAN ALAN

   Name

   Street Address 9218 Old hwy rd. S.

   County, City Stearns, Saint Cloud

   State & Zip Code 56301

   Telephone Number 320-316-7022


SCANNED
DEC 29 2023
U.S. DISTRICT COURT ST. PAUL

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1 STATE OF MN

      Name

      Street Address

      County, City

      State & Zip Code

   b. Defendant No. 2

      Name

      Street Address

      County, City

      State & Zip Code

   c. Defendant No. 3

      Name

      Street Address

      County, City

      State & Zip Code

NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   [X] Federal Question        [ ] Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply. Amendments 1, 2, 4, 5, 6, 7, 8, 9, 10, 11, 14, 3 15.

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name:                          State of Citizenship:

   Defendant No. 1:                         State of Citizenship:

   Defendant No. 2:                         State of Citizenship:

   **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
   **Check here if additional sheets of paper are attached.** [ ]

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

   [X] Defendant(s) reside in Minnesota    [X] Facts alleged below primarily occurred in Minnesota

   [ ] Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

3

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7.  1. City Council Violated Right to petition entire government
    2. Right to bear Arms taken
    3. Privacy Violated by Police Department and State Court.
    4. Fifth Violated, Forced to disclose disability Compensation. For military Injury. Information used to Deny lawyer.
    5. No Lawyer, No Challenge of State evidence of crime
       ADA Rights not accomodated. No Jurry or speedy resolution.
       Right to govern autonomy taken.
       Court ordered to eat pills with suicide attempt by them.
    10. Court Ordered to Comitt Felony or be in Contempt.

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.

REQUEST FOR RELIEF $333,000.00

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

ALL VETERAN DISABILITY FOR Legal Fees, civil cases, evidence, HARDSHIP for Malpractice of LAW & MEDICINE!

4

Signed this X day of 29 DEC 2023

Signature of Plaintiff _Ryan Alan Axelson_

Mailing Address 9218 old hwy rd. S.
St. Cloud, MN 56301

Telephone Number 320·316·7022

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

5