AMEND CASE #

0:23-cv-03913-KMM-LIB

Rian Axelson

v.

State of MN

Change to

" Rian Alan Axelson
IGY6DIS6GOLFLLC

VS.

UNITED STATES
OF
AMERICA "

09/Jan/2024

X Rian alan Axelson

RECEIVED
JAN 0 9 2024
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

SCANNED
JAN 0 9 2024
U.S. DISTRICT COURT ST. PAUL

