RECEIVED BY MAIL
OCT 11 2024
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
OCT 11 2024 AL
U.S. DISTRICT COURT MPLS

Your Honor: Kate Menendez,

24cv1573
24cv1576
24cv1579

I am having extreem issues with my mail and identity since being Deleted from MHRRTP at the Saint Cloud VA Healthcare System, I changed my mailing address to there so I could respond to 2023CV-3913 But the Dom chief and assistant Dom Cheif Deleted me from their computers and said I discharged yet I wasn't physically present to the discharge appointment to establish aftercare or Even know where the "care team" discharged me to.

I can't get clarification on my address and have been told by USPS that its 4801 VETERANS DRIVE BLDG 2 (228) Saint cloud MN, 56303
AND/OR
9218 OLD HWY RD South
SAINT CLOUD, MINNESOTA 56301.

Due to USPS Policy, The state ID I have had to be picked up from the DMV as It was returned by the VA When sent there.

May I please pick up any correspondence to my case that was sent back by VA Staff or returned because of USPS Policy?

It would seem the VA owns my mailing address till they say otherwise.

Please call 320.492.4928 (Mother) or 320.345.1887 if there is paperwork or mail for me to respond to and I will come in person to pick it up as my mail and address seem to be compromised by corporate policy.

Thank you for your Service to our Nation!

u/Mr. Rian Alan Axelson
08/OCT/2024   00:06:00