VA Federal Police
4801 VETERANS DRIVE Bldg 9 (Basement) RECEIVED
Saint Cloud, MINNESOTA, 56303
BY MAIL
OCT 15 2024
UNITED STATES OF AMERICA.
CLERK, U.S. DISTRICT COURT
MINNE POLIS, MINNESOTA

In reference to 0:2023cv03913. I attended
RRTP 29 Jan 2024 and have come to realize
I was deleted from the RRTP Computers on
14 Feb. The doors locked at 21:56 Saint cloud
time and I was not allowed to Leave
till the nurse said I could @ 06:00 AM.
I attended and led Team 3 Morning meditation
where my service animal Maggie was Lunged
at by another Veterans Dog whom I reported
to staff. @ 08:00 AM I was "Asked to Leave
the program" though unknown to me at
the time, I had already been deleted
from the system and thats why all attempts
I made to finish my program were denied.
Ashley G., Brendan McCullum, 3 Crystal F
had changed my Discharge date on 08 Feb 2024
without any notification 3 a "recommittment"
I did not agree with as I do not agree
writing information I am asked to provide
when I am on a directory and its My info
is a Hippa Violation or contract breach
to begin with. Staff Notified Brian Stohl
of Minnesota Monitoring LLC that I
was already discharged. I did not.

SCANNED
OCT 15 2024
U.S. DISTRICT COURT MPLS

09/oct/2024'

②

know who was in charge of my care but I notified staff at RRTP front Desk I had a legal Emergency to tend to. (I was told I would be jailed if I didn't provide Breath Samples at 13:00 that Day and needed to swap out my monitor (in patient affects) For one that worked Correctly. I informed Staff of the emergency and said I would return for Discharge and to collect my property still in 2.228. Brian had my monitor exchanged the Morning of 16 Feb. I met ED at Bldg 9 and he escorted me to RRTP where we were told I was not allowed to be after the Nurse asked me to say the information I was accused of Contract violation For while in RRTP. I left ED and requested my discharge Summary. Around a month later, The summary revealed I was "Discharged" on 14Feb yet kept overnight "undocumented" and 15Feb a provider fabricated an appointment and aftercare instructions I was not physically present to recieve and someone wrote in "Gheraldines" Note that I left In a Pov with all property when I didn't have a Pov on Campus or any property besides a MN Monitoring LLC monitor I was told to swap out or be jailed.

please add this notice to my "Chart" (3)
For reference. I will submit my
copy to the Federal Judge appointed
to my civil case for submission on
"Docket" and keep a copy for my own
reference. Its my understanding through
Failure that the courts get the
original.

I also need permission or a means
to schedule appointments for services
Scheduling isn't availible for like R OI,
praying in the Chapel, or a theraputic
round of Disc Golf as MyHealthe VET
and Mental Health appointments can't
be made to exercise those "Rights".

I am affaid of your officers and Staff
For the malicious approaches they take to
me under what is very obviously unwarranted
and False pretense.

I will not be denied merit or valor I
have earned or progress I have made
for officers who do not respect my
Human Rights. I Feel "the same" of
Doctors, Staff, and Social workers who
have stolen my Honor and valor by
Denying it.
                                    09/09/2024'
X Rian Axelson

④

I have since been told I am restricted
and am essentially unrecognized by
the VA Healthcare computer system.
Doctor Parul Riteman saw me for a
rule 20 assessment and told me I
am being neglected and abandoned by
my care team and I agree based
on provider Notes. I have zero
after care established and don't even
know where I was "discharged to"
because I did not get Discharged.
I got Deleted and swapped out for
Someone else and there wasn't even
documentation of Me being admitted
on the Day my providers Did it. I am
at a complete loss as to what my mailing
and residential addresses are and
Do not want to be held accountable for
it. I am a 100% disabled veteran, Not
a lawyer or Doctor and I am far
from okay with the way my medical
records and History are being Misrepresented
and my "Care" team are managing or in
my opinion, Mis-managing My healthcare.
I do not consent to being treated through
apps or mobile devices as they cause
more harm than help and littorally
cost me $ to obtain Service through.



I do not know how to re-engage my recovery or treatment when I can not even verify my own Identity, residence, or mailing address as a Human being. I'm of the opinion Apps & phone screenings for care are Discrimination. I need care in person, as a person, by people. I am not a phone Nor do I have the desire to continue to morally injur myself or Risk being admitted to acute units When "secure messages" Dont even meet criteria for true communication as explained by my interpersonal Communication professor. We are just sending message after message after message. Nothing is reiterated or confirmed. It is Not true Communication. I do not feel communicated with over phones or through apps and "secure messages".

Thank you for your time and Service to those who serve.

∽Ruan Alan Axelson "A-3329"

Address "unknown" "Not established"

09/oct/2024'