Coil's Flags, Flagpoles, & Embroidery

2803 Clearwater Road
Suite B
St. Cloud, MN. 56301

**Sold To**

AXELSON, RIAN

# Sales Receipt

| Date | Sale No. |
|---|---|
| 10/04/2024 | 12566 |

RECEIVED BY MAIL
OCT 15 2024
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

| Check No. | Payment Method | Project |
|---|---|---|
|  | Cash |  |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| 3X5 SPACE FORCE FLAG DARK BACKGROUND | 1 | 50.00 | 50.00T |
| 3X5 SPACE FORCE (WHITE) FLAG | 1 | 50.00 | 50.00T |

| | |
|---|---|
| **Subtotal** | $100.00 |
| **Sales Tax (7.625%)** | $7.63 |
| **Total** | $107.63 |

SCANNED
OCT 15 2024
U.S. DISTRICT COURT MPLS