**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Rian Alan Axelson, | No. 23-cv-3913 (KMM/LIB) |
| Plaintiff, | |
| v. | **ORDER** |
| United States of America, | |
| Defendant. | |

On November 26, 2024, the Court dismissed this action without prejudice because Plaintiff, Rian Alan Axelson, failed to provide proof of service on the Defendant and failed to show good cause for the failure to serve. (ECF No. 23.) The Clerk of Court entered judgment later that day. (ECF No. 24.) On December 4, 2025, Mr. Axelson wrote to the Court asking it to reopen his case and update his mailing address and phone number. (ECF No. 27.) He also indicated that he was moving "for discovery of all relevant police records between 10 Jan 2024 and now." (*Id.*) Based on the record before the Court, there is no basis to grant relief from the final judgment in this case. Fed. R. Civ. P. 60(b)(1)–(6). Accordingly, Mr. Axelson's letter requests to reopen this proceeding and for discovery are denied.

Date: December 16, 2025

*s/Katherine Menendez*
Katherine Menendez
United States District Judge